AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 8:23-cv-1305

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* PayPal Holdings, Inc. on *(date)* Oct 2, 2023, 12:53 pm.

[X] I served the subpoena by delivering a copy to the named individual as follows: Accepted by Robin Hutt-Banks, Intake Specialist authorized to accept service on *(date)* Mon, Oct 02 2023 at 2:23 PM; or

[ ] I returned the subpoena unexecuted because: _____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: October 3, 2023

_____
*Server's signature*

William Bailey, Process Server

*Printed name and title*

3516 Silverside Road, Unit 16, Wilmington, DE 19810

*Server's address*

Additional information regarding attempted service, etc.:

1) Successful Attempt: Oct 2, 2023, 2:23 pm EDT at National Registered Agents, Inc., Registered Agent 1209 Orange St., Wilmington, DE 19801 received by Robin Hutt-Banks, Intake Specialist authorized to accept. Age: 55; Ethnicity: African American; Gender: Female; Weight: 170 lb; Height: 5'7"; Hair: Brown;

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| INTEGRATED SUPPLY NETWORK, LLC, ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 8:23-CV-1305 |
| KTOOLSALE.COM, LLC, ) | |
| ) | |
| *Defendant* ) | |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: PayPal Holdings, Inc., c/o National Registered Agents, Inc., 160 Greentree Drive, Suite 101, City of Dover, County of Kent, Delaware 19904

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: The documents and electronically stored information listed on Attachment "A." See also Attachment "B" hereto, which is the Order of the Court, dated 09/28/2023, granting Plaintiff's Ex Parte Motion, Attachment "C", for Early, Limited Discovery.

| Place: The office of TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL, MULLS, P.A., 101 East Kennedy Boulevard, Suite 2700, Tampa, Florida 33602, Attn: Dean A. Kent, Esq. | Date and Time: 10/30/2023 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/29/2023

*CLERK OF COURT*

OR

| *Signature of Clerk or Deputy Clerk* | /s/ Dean A. Kent, Esq. *Attorney's signature* |
|---|---|

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Integrated Supply Network, LLC , who issues or requests this subpoena, are:

Dean A. Kent, Esq., FBN: 307040, Trenam Kemker, 101 E. Kennedy Blvd., Ste. 2700, Tampa, FL 33602, Tel: (813) 227-7423, Fax: (813) 227-0423, Primary Email dkent@trenam.com  Secondary: achrisman@trenam.com

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).